UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY THRASHER,

        Petitioner,     Case No. 18-cv-11408
                                                      Hon. Matthew F. Leitman
v.

ERICK BALCARCEL,

        Respondent.
_____/

## ORDER DIRECTING RESPONDENT TO FILE RESPONSE

On May 4, 2018, Petitioner Jimmy Thrasher filed a *pro se* habeas corpus petition seeking relief from his second-degree murder conviction. (*See* Pet., ECF No. 1.) On March 11, 2020, the Court mailed a notice to Thrasher, and that notice returned to the Court as undeliverable. (*See* ECF No. 11.) A notation on the returned envelope indicates that Thrasher is deceased. (*Id.*) The Michigan Department of Corrections' Offender Tracking Information System also suggests that Thrasher is deceased.

Through this order, the Court **DIRECTS** Respondent to determine and inform the Court, by no later than **September 20, 2021**, whether Thrasher is deceased.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764