UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMY THRASHER,

        Petitioner,                      Case No. 18-cv-11408
                                               Hon. Matthew F. Leitman

v.

ERICK BALCARCEL,

        Respondent.

_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is ORDERED and ADJUDGED that this case is DISMISSED.

                                               KINIKIA ESSIX
                                               CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 22, 2021
Flint, Michigan